THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWNACI COLIN,

    Plaintiff,

v.

CHASE BANK USA, N.A.,

    Defendant.

Case No. 18-CV-01718-JLR

[~~PROPOSED~~] ORDER ON JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

IT IS HEREBY ORDERED that, pursuant to the parties' Joint MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT, and good cause appearing, the Court hereby GRANTS the parties' request. The response of Chase Bank USA, N.A., to Plaintiff's Complaint shall be due January 31, 2019.

IT IS SO ORDERED.

DATED: 27 Dec. , 2018.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:
LANE POWELL PC

By *s/ Katie D. Bass*
    Pilar French, WSBA # 33300
    Katie D. Bass, WSBA # 51369
*Attorneys for Defendant Chase Bank USA, N.A.*

PROPOSED ORDER ON MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING- 1
NO. 18-1718 JLR

122006.0193/7516747.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107