THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWNACI COLIN,

        Plaintiff,

v.

CHASE BANK USA, N.A.,

        Defendant.

Case No. 18-CV-01718-JLR

[~~PROPOSED~~] ORDER ON JOINT MOTION TO EXTEND DEADLINES

IT IS HEREBY ORDERED that, pursuant to the parties' Joint MOTION TO EXTEND DEADLINES, and good cause appearing, the Court hereby GRANTS the parties' request. The deadlines below shall be as follows:

| Filing | Deadline |
| --- | --- |
| Answer or First Appearance | March 4, 2019 |
| Joint Status Report | March 4, 2019 |
| Initial Disclosures | March 4, 2019 |

~~PROPOSED~~ ORDER ON JOINT MOTION TO EXTEND
DEADLINES- 1
18-CV-01718-JLR

122006.0193/7544225.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

IT IS SO ORDERED.

DATED: 23 January, 2019.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:
LANE POWELL PC

By s/Katie D. Bass
  Pilar French, WSBA # 33300
  Katie D. Bass, WSBA # 51369
*Attorneys for Defendant Chase Bank USA, N.A.*

P̶R̶O̶P̶O̶S̶E̶D̶ ORDER ON JOINT MOTION TO EXTEND
DEADLINES- 2
18-CV-01718-JLR

122006.0193/7544225.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107